IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARK A. WARD,                          )
                                       )
     Plaintiff,                        )
                                       )
     v.                                )     1:03CV1170
                                       )
PETER E. MALONEY, Plan                 )
Administrator Lin Television,         )
                                       )
     Defendant.                        )

JUDGMENT

OSTEEN, District Judge

For the reasons stated in the memorandum opinion filed this same day,

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Judgment on the Pleadings [12] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [10] and Defendant's Motion to Show Cause for Sanctions and for a Protective Order [24] are DENIED as moot.

This the 17th day of May 2005.

                                  _____
                                        United States District Judge